Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant
Wells Fargo Bank, N.A.
(incorrectly named as
Wells Fargo Dealer Services)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| STEVEN C. WORD,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO DEALER SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>Defendants. | Case No. 2:16-cv-01836-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.** |
|---|---|

It is hereby stipulated by and between Plaintiff Steven Word ("Mr. Word"), through hs attorneys, Knepper & Clark LLC, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo Bank, N.A. should be dismissed from this case, without prejudice, and each party to bear their own fees/costs.


DATED this 10th day of January, 2017.

| KNEPPER & CLARK, LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ *Miles Clark*<br>Matthew Knepper<br>Miles Clark<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Ave.<br>Suite #170-109<br>Las Vegas, NV 89129<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Steven Word* | By:     /s/ *Tanya N. Peters*<br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |
| MAUPIN NAYLOR BRASTER<br><br>By:/s/ *Jennifer L. Braster*<br>Jennifer L Braster, Esq.<br>Maupin Naylor Braster<br> 1050 Indigo Drive, Suite 200<br> Las Vegas, NV 89145<br><br>*Attorneys for Experian Information Solutions, Inc* | |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A., is dismissed without prejudice from this action; each party to bear their own fees and costs.**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED January  10  , 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*